926

No. 70. ALITALIA-LINEE AEREE ITALIANE, S. P. A. *v.* LISI ET AL. C. A. 2d Cir. Motions of International Air Transport Association, Air Transport Association of America, Republic of Italy, and United Kingdom of Great Britain and Northern Ireland for leave to file briefs, as *amici curiae*, granted. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions and petition. *Austin P. Magner* and *George N. Tompkins, Jr.,* for petitioner. *Theodore E. Wolcott* for respondents. *Harold L. Warner, Jr., Carl S. Rowe* and *Paul G. Pennoyer, Jr.,* for International Air Transport Association, *John E. Stephen* and *Joseph F. Healy, Jr.,* for Air Transport Association of America, *Alfred C. Clapp* for Republic of Italy, and *Edwin Longcope* for United Kingdom of Great Britain and Northern Ireland, as *amici curiae*, in support of the petition. *Solicitor General Marshall, Acting Assistant Attorney General Eardley, J. Nicholas McGrath, Jr., Morton Hollander* and *Richard S. Salzman* for the United States, as *amicus curiae*, in opposition to the petition.

No. 497. HANNER *v.* DeMARCUS ET UX. Sup. Ct. Ariz. Certiorari granted. *Philip M. Haggerty* for petitioner. *Robert John Walton* for respondents.

No. 492. HEFFELMAN *v.* UDALL, SECRETARY OF THE INTERIOR. C. A. 10th Cir. Certiorari denied. *Jess Larson* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Weisl* and *Roger P. Marquis* for respondent.